1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone: (415) 271-3059
7     Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,    )   No.   CR 3-07-70134 JCS
                                  )
13 |      Plaintiff,               )   [~~PROPOSED~~] ORDER EXCLUDING
                                  )   TIME FROM MARCH 14, 2007 TO
14 |      v.                       )   MARCH 29, 2007 FROM THE SPEEDY
                                  )   TRIAL ACT CALCULATION (18 U.S.C. §
15 | CHRISTOPHER NIU,              )   3161(h)(8)(A))
                                  )
16 |      Defendant.               )
                                  )

Case 3:07-mj-70134-MAG   Document 9   Filed 03/26/2007   Page 1 of 2

18       On March 14, 2007, the parties appeared before the Honorable Joseph C. Spero for a
19 detention hearing in that matter. At that appearance, defense counsel stated that he needed
20 additional time to prepare for a detention hearing and that he was in contact with the prosecuting
21 attorney in Hawaii regarding receiving discovery in this matter. The Court found that time
22 should be excluded from the Speedy Trial Act for effective preparation of defense counsel. The
23 matter was continued to March 29, 2007 for a further detention hearing and status.
24       With the agreement of the parties, and with the consent of the defendant, the Court enters
25 this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b),
26 from March 14, 2007 through March 29, 2007.
27       The parties agree, and the Court finds and holds, as follows:
28       1. The defendant is in custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the need for effective preparation of defense counsel.

3. Counsel for the defense believes that the exclusion of time is in his client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from March 14, 2007, to March 29, 2007, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that the period from March 14, 2007, to March 29, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 3·19·07        _____
                      TONY TAMBURELLO
                      Attorney for Defendant

DATED: 3-22-07        _____
                      KIRSTIN M. AULT
                      Assistant United States Attorney

IT IS SO ORDERED.

DATED: 03/27/07       _____
                      Judge Joseph C. Spero
                      United States Magistrate Judge

Case 3:07-mj-70134-MAG   Document 9   Filed 03/26/2007   Page 2 of 2

2